```
 1  LAW OFFICE OF JULIE M. MCCOY
    JULIE M. MCCOY, Bar no. 129640
 2  JACQUELYNE M. NGUYEN, Bar no. 249658
    1670 SANTA AVA AVE., SUITE "K"
 3  COSTA MESA, CA 92627

 4  Telephone: (949) 722-0055
    Fax: (949) 722-8416
 5
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 11-10601 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| HENRY S. VINCENT, AKA HENRY S. VINCENT JR., | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Henry S. Vincent, aka Henry S. Vincent Jr., in the principal amount of $7,971.78 plus interest accrued to December 20, 2011, in the sum of $14,237.28; with interest accruing thereafter at $1.75 daily until entry of judgment, for a total amount of **$22,209.06**.

DATED: 5/17/2012          By: TERRY NAFISI
                              Clerk of the Court

                              L. RAYFORD
                              Deputy Clerk
                              United States District Court